# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00045-CV

## In re K.B.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's motion to stay is dismissed as moot.

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: January 31, 2024